UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: ) | Case No: 09-40795 |
| ) | Jointly Administered |
| FORUM HEALTH, et al., ) | |
| ) | Chapter 11 |
| Debtors ) | |
| ) | Judge Kay Woods |
| ) | |
| ) | |

## LIMITED OBJECTION OF INTERNAL MEDICINE DEVELOPMENT FUND, INC. TO THE DEBTOR'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

NOW COMES the Internal Medicine Development Fund, Inc.[1] ("IMDF"), by and through counsel, and submits this limited objection to the First Amended Chapter 11 Plan of Liquidation filed by the Debtors herein on May 3, 2011 (Docket No. 1605) (the "Plan"). In support of its limited objection, IMDF states as follows:

### Factual Background

1. Forum Health and certain of its affiliated companies (collectively, the "Debtors") filed voluntary petitions for relief under the provisions of chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* on March 16, 2009 (the "Petition Date").

2. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under U.S.C. §§ 157 (b) (2). The venue of this case and this Limited Objection is proper under 28 U.S.C. §§ 1408 and 1409.

3. Debtor Western Reserve Care System ("Debtor WRCS") was the recipient of certain funds donated by the IMDF or its predecessors to be used for the purpose of purchasing equipment

---

[1] Fka the Internal Medicine Equipment, Fund, Inc., previously sometimes referred to as the EKG Fund or the Medical Equipment Advisory Committee dating back more than 40 years.

and other charitable expenditures, believed to have a current balance of approximately $745,000.00 (Exhibit "A") (the "IMDF Donated Funds").

4. IMDF and Debtor WRCS entered into a stipulation and agreed order that was entered by the Court on May 12, 2011 (Docket No. 1635) (the "Agreed Order"), acknowledging that the IMDF Donated Funds are restricted in use by donor-designated purposes and are to be used subject to a charitable trust under Ohio Rev. Code § 109.23 *et seq.* and common law.

5. The Agreed Order requires that the IMDF Donated Funds, shall not be paid to creditors of the Debtors' estates and that such restricted funds, "shall be disposed of only in accordance with the relevant charitable purposes, and in accordance with Ohio law and as authorized by an appropriate probate court order."

6. The Plan does not expressly state the IMDF Funds shall be re-tasked by probate court order, in accordance with the Agreed Order.

WHEREFORE, unless the Plan is modified to make it consistent with the Agreed Order, IMDF requests that confirmation of the Plan be denied and that it have such other relief to which it may be entitled.

Respectfully submitted,

**SUHAR & MACEJKO, LLC**

By: /s/ Melissa Macejko
Andrew W. Suhar, Esq. (#0058419)
Melissa Macejko, Esq. (#0070974)
29 E. Front Street, 2nd Floor
P.O. Box 1497
Youngstown, Ohio 44501-1497
Telephone: (330) 744-9007
Facsimile: (330) 744-5857
E-mail: mmacejko@suharlaw.com

Co-Counsel for the Internal Medicine Development Fund

ALFRED J. FLEMING CO., LPA

By: /s/ Alfred J. Fleming
Alfred J. Fleming, Esq. (#0009374)
400 City Centre One
Youngstown, Ohio 44503
Telephone: (330) 743-3232
Facsimile: (330) 743-3456

Co-Counsel for the Internal Medicine
Development Fund

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing *Limited Objection of Internal Medicine Development Fund, Inc. to the Debtor's First Amended Chapter 11 Plan of Liquidation* was served by first class U.S. mail, postage fully pre-paid this 5th day of July, 2011:

To the parties in interest as set forth on the attached list.

Respectfully submitted,

/s/ Melissa Macejko
Andrew W. Suhar, Esq. (#0058419)
Melissa Macejko, Esq. (#0070974)

Co-Counsel for the Internal Medicine Development Fund, Inc.

Shawn M. Riley, Esq.
Matthew A. Salerno, Esq.
Melissa Giberson, Esq.
600 Superior Ave., E., Suite 2100
Cleveland, OH 44114
Fordham E. Huffman, Esq.
325 John H. McConnell Blvd.
Suite 60
Columbus, OH 43215

Jefrey Baddeley, Esq.
1660 W. 2nd St., Ste. 1100
Cleveland, OH 44113

Eric A. Shaffer
Joshua C. Lewis
435 Sixth Ave.
Pittsburgh, PA 15219

Richard A. Baumgart
1801 E. Ninth St., Ste. 1100
Cleveland, OH 44114

Ikon Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Rd., Ste. 400
Macon, GA 31210

Pearl M. Chin on behalf of the Ohio Governor
Asst. Attorney General
30 E. Broad St.
Columbus, OH 43215
Ernst & Young LLP
One PPG Place
Suite 2100
Pittsburgh, PA 15222

Deborah Read
3900 Key Center
127 Public Square
Cleveland, OH 44114

Nathan F. Coco
227 W. Monroe St.
Chicago, IL 60606

Office of the U.S. Trustee
Metzenbaum U.S. Courthouse
201 Superior Ave., E.
Room 441
Cleveland, OH 44114
David F. Huffman
Fifth Third Center
600 Superior Ave., E., 2nd Floor
MD A6512A
Cleveland, OH 44114
Frank A. Oswald, Esq.
One Penn Plaza
New York, NY 10119

Myja K. Kjaer
S. Kay McNab
35 W. Wacker Dr.
Chicago, IL 60601

Alan D. Halperin
555 Madison Ave.
New York, NY 10022

Paul M. Kaufman
801 Terminal Tower
50 Public Square
Cleveland, OH 44060

William Dreyfuss
1801 E. 9th St.
Suite 1110
Cleveland, OH 44114

Richard J. Berris
1600 Midland Building
101 Prospect Ave., W.
Cleveland, OH 44115

Debra J. Cohen
555 Madison Ave.
New York, NY 10022

Sara L. Bruggeman
90 S. 7th St.
Suite 2200
Minneapolis, MN 55402

Internal Revenue Service
Insolvency Group 3
1240 E. Ninth St., Room 457
Cleveland, OH 44199

Brett Barragate, Esq.
222 E. 41st St.
New York, NY 10017

Ryan O. Lawlor
Arlene N. Gelman
222 N. LaSalle St., Ste. 260
Chicago, IL 60601

Russell R. Johnson
2258 Wheatlands Dr.
Manakin-Sabot, VA 23103

Steven Eisenberg
3200 National City Center
1900 E. Ninth St.
Cleveland, OH 44114

Bankruptcy Administration
IKON Financial Services
1738 Bass Rd.
P.O. Box 13708
Macon, GA 31208
Luke A. Sizemore
225 Fifth Ave.
Pittsburgh, PA 15222

Laurel A. Matthews
5200 Valley Pkwy
Brecksville, OH 44131

Iris Torres Guglucello
26 S. Phelps St.
Youngstown, OH 44503