## Confirmation Exhibit 3.5(a)

## Not For Profit Debtor Mergers & Dissolutions

**Please note that:** the Debtors have determined that there is no reason for separate exhibits regarding mergers of not for profit and for profit entities. Accordingly, Exhibits 3.5(a) and 3.5(b) show all mergers and dissolutions and are identical.

{2787212:}

## Current Debtor Organization





Plan Mergers and Dissolutions

## Continued Entity Structure for Plan Purposes Only

```
  Trumbull Memorial        Forum Health        Forum Health Insurance
     Hospital      ←──────    (NFP)    ←────         Ltd.
      (NFP)                     ↑              (Non - Debtor; Bahamian
                                │                   Corporation)
                      Western Reserve Care
                          System
                           (NFP)
```

**KEY:**
──→  100% Ownership / Control Interest

### Summary:

1. Dissolved Debtors:
   A. Forum Health Ventures Co.
   B. Forum Health Outreach Labs, Inc.
   C. Forum Health Diagnostics Co.
   D. PrideCare, Inc.
   E. Dacas Nursing Support Systems, Inc.
   F. Comprehensive Psychiatry Specialists, Inc.
   G. Forum Health Pharmacy Services Co.
   H. Dacas Nursing Systems Inc.
   I. Forum Health Enterprises Co.
   J. Visiting Nurse Association and Hospice of Northeast Ohio
   K. Beeghly Oaks
   L. Forum Health Rehabilitative Services Co.
   M. Forum Health Foundation

2. Debtors Merged / Combined into Forum Health
   A. Forum Health Services Co.

3. Note regarding Forum Health Insurance Ltd. ("FHIL")
   - The stock of FHIL, previously wholly owned by Forum Health Services Co., will vest in Forum Health upon the merger / combination of Forum Health Services Co. and Forum Health.

2749608